400 P.3d 581

**STATE of Hawai'i, Respondent/Plaintiff-Appellee,**

v.

**Deirdre ICHIMURA, Petitioner/Defendant-Appellant.**

SCWC-13-0000396

Supreme Court of Hawai'i.

DATED: Honolulu, Hawai'i, June 15, 2017.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS (CAAP-13-0000396; CR. NO. 12-1-1497)

MEMORANDUM OPINION

Vacate. And remand.

■

400 P.3d 581

**Leimomi Leslie FRESCH, Individually and as Next Friend for Howard K. Leslie, Jr., Respondent/Plaintiff-Appellee,**

and

**Howard K. Leslie, Sr., Petitioner/Plaintiff-Appellee,**

and

**Howard K. Leslie, Jr., Respondent/Plaintiff-Appellant,**

v.

**Jeffrey K. KANUI, as Personal Representative of the Estate of Jamie K. Tavares, Deceased, Respondent/Defendant-Appellee.**

SCWC-13-0000129

Supreme Court of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS (CAAP-13-0000129; CIV. NO. 97-0448)

MEMORANDUM OPINION

Affirmed.